IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00767-CMA-KLM

ELIEZER ALDARONDO,

    Plaintiff,

v.

RCR VAIL, LLC, a Colorado Limited Liability Company,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Unopposed Motion to Amend Complaint** [Docket No. 12; Filed June 25, 2010] (the "Motion"). Pursuant to Fed. R. Civ. P. 15(a)(1), "[a] party may amend its pleading once as a matter of course" within a time frame satisfied by Plaintiff here. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that Plaintiff's First Amended Complaint [Docket No. 12-1] is accepted for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the First Amended Complaint on or before **July 19, 2010**.

    Dated: June 28, 2010