IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00767-CMA-KLM

ELIEZER ALDARONDO,

    Plaintiff,

v.

RCR VAIL, LLC, a Colorado Limited Liability Company,

    Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Stipulated Motion for Protective Order Concerning Confidentiality** [Docket No. 26; Filed August 30, 2010] (the "Motion"). As a preliminary matter, the Motion and proposed order are single spaced and do not comply with D.C.COLO.LCivR 10.1E. Future pleadings which do not comply will be summarily denied.

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order Concerning Confidentiality is entered as an Order of the Court as of today's date.

Dated: September 7, 2010