**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-00767-CMA-KLM

ELIEZER ALDARONDO, an individual residing in Puerto Rico,

    Plaintiff,

v.

RCR VAIL, LLC, a Colorado limited liability company,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter comes before the Court on the parties' Stipulation for Dismissal With Prejudice (Doc. # 33), filed December 21, 2010.  Having reviewed the matter, it is

    ORDERED that Complaint and cause of action are dismissed with prejudice, each party to pay its own costs.

    DATED: December 21, 2010.

                                                        BY THE COURT:

                                                        _____
                                                        CHRISTINE M. ARGUELLO
                                                        United States District Judge.